UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RHONDA GRIFFIN, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF PATRICK GRIFFIN, | * * * * | |
| Plaintiff, | * * | |
| v. | * * | Civil Action No. 17-cv-11619-IT |
| THOMAS E. COGHILL, JR., THOMAS E. COGHILL, SR., NANCY COGHILL, XTREME FAT BIKES AND COMPONENTS, LLC, and THE TRUSTEE OF THE XTREME FAT TIRE BIKE IRREVOCABLE TRUST, | * * * * * * * | |
| Defendants. | * | |

## FINAL JUDGMENT

August 8, 2018

TALWANI, D.J.

Defendants Thomas E. Coghill, Jr. and Xtreme Fat Bikes and Components, LLC, having failed to plead or otherwise defend in this action and their defaults having been entered,

Now, upon application of Plaintiff and affidavits demonstrating that Defendants Thomas Coghill, Jr. and Xtreme Fat Bikes and Components, LLC, owe Plaintiff the sum of $292,000.00, that both Defendants are not infants or incompetent persons, or in the military service of the United States, and that Plaintiff has incurred costs in the sum of $588.80 and attorney's fees in the amount of $10,000.00,

It is hereby ORDERED, ADJUDGED, AND DECREED that Plaintiff recover joint and severally from Defendants Thomas E. Coghill, Jr. and Xtreme Fat Bikes and Components, LLC, the principal sum of $292,000.00, with costs in the amount of $588.80 and prejudgment interest at the rate of 12% from September 30, 2015 to the present in the amount of $117,552.48, plus

attorney's fees in the amount of $10,000.00, for a total judgment of $420,141.28 with interest as provided by law.

In accordance with the orders of this court, it is further ordered that all claims against Defendants Thomas E. Coghill, Sr., Nancy Coghill, and the Trustee of the Xtreme Fat Tire Bike Irrevocable Trust are dismissed without prejudice.

IT IS SO ORDERED.

Date: August 8, 2018                                         /s/ Indira Talwani
                                                                           United States District Judge